IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JACQUELINE BATES, et al.,

   Plaintiffs,

     v.

NOVASTAR/NATIONSTAR
MORTGAGE LLC
c/o McCurdy and Candler, LLC,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-1443-TWT

ORDER

This is an action seeking to enjoin the Defendant from proceeding with a foreclosure action.  It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 6].   The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The   Defendant's Motion to Dismiss [Doc. 6] is GRANTED.

SO ORDERED, this 23 day of June, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Bates\r&r.wpd